# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ERIC J. MAURSTAD & KAREN I. MAURSTAD　　　　　　　　Case Number: 06-71654
1560 DRIFTWOOD COURT　　　　SSN-xxx-xx-2653 & xxx-xx-5648
CRYSTAL LAKE, IL  60014

|  |  |
|---|---|
| Case filed on: | 9/8/2006 |
| Plan Confirmed on: | 3/23/2007 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,810.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 005 | SECRETARY OF STATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 2,316.82 | 2,316.82 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 1,133.47 | 1,133.47 | 0.00 | 0.00 |
|  | Total Priority | 3,450.29 | 3,450.29 | 0.00 | 0.00 |
| 999 | ERIC J. MAURSTAD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BANK OF AMERICA NA | 30,889.69 | 30,889.69 | 3,494.07 | 0.00 |
| 003 | HOME STATE BANK | 56,018.41 | 0.00 | 0.00 | 0.00 |
| 004 | HOME STATE BANK | 3,453.31 | 3,453.31 | 414.02 | 0.00 |
|  | Total Secured | 90,361.41 | 34,343.00 | 3,908.09 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 230.10 | 230.10 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 22.18 | 22.18 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 1,099.34 | 1,099.34 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 12,259.18 | 12,259.18 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,287.00 | 3,287.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 820.97 | 820.97 | 0.00 | 0.00 |
| 014 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 6,384.14 | 6,384.14 | 0.00 | 0.00 |
| 016 | CULLIGAN INTERNATIONAL #502 | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DONALD B. CHINLUND, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FIFTH THIRD BANK | 2,853.70 | 2,853.70 | 0.00 | 0.00 |
| 019 | FOX VALLEY INTERNAL MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 7,584.35 | 7,584.35 | 0.00 | 0.00 |
| 024 | TURF CARE ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | AFNI/VERIZON WIRELESS | 446.32 | 446.32 | 0.00 | 0.00 |
|  | Total Unsecured | 34,987.28 | 34,987.28 | 0.00 | 0.00 |
|  | Grand Total: | 132,072.98 | 76,054.57 | 6,408.09 | 0.00 |

Total Paid Claimant:　　　$6,408.09
Trustee Allowance:　　　　$401.91
Percent Paid Unsecured:　　0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan