IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>MAURSTAD, ERIC J<br>MAURSTAD, KAREN I<br><br>            Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-71654 MB<br><br>Judge  Manuel Barbosa |

## TRUSTEE'S FINAL REPORT (PRE-DISTRIBUTION REPORT)

To:    THE HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES JAMES E. STEVENS, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 09/08/06. The Trustee was appointed on 09/08/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of  December 19, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)                                                        $    346,062.08

    b.    DISBURSEMENTS (See Exhibit C)                                        $    317,006.00

EXHIBIT A

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: December 19, 2007

_____
JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's assets.

3. Open and maintain bank accounts

4. Obtain FEIN

5. Prepare Trustee's reporting forms including semi-annuals.

6. Correspondence to U.S. Trustee's Office.

7. Telephone conference with Debtor's attorney.

8. Preparation of Asset Notice and filing of same.

9. Telephone conversations with creditors.

10. Correspondence to Debtor's attorney.

11. Issue payments by Trustee.

12. Determination of estate tax liability.

13. Preparation of Trustee Final Report.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 06-71654 MB | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | MAURSTAD, ERIC J | Filed (f) or Converted (c): | 06/28/07 (c) |
| | MAURSTAD, KAREN I | §341(a) Meeting Date: | 07/26/07 |
| Period Ending: | 12/19/07 | Claims Bar Date: | 10/30/07 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1560 Driftwood Court Crystsal Lake | 358,000.00 | 358,000.00 | DA | 346,000.00 | FA |
| 2 | checking account 5th 3rd bank | 210.00 | 0.00 | DA | 0.00 | FA |
| 3 | household goods and furnishings | 1,390.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. books and pictures | 225.00 | 225.00 | DA | 0.00 | FA |
| 5 | wearing apparel | 225.00 | 0.00 | DA | 0.00 | FA |
| 6 | misc. jewelry | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | misc. sports equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | IRA - American Funding | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1997 Honda Accord | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1994 Ford Crown Vic | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Computer, printer, home office eqpmt | 210.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 62.08 | Unknown |
| 12 | Assets   Totals  (Excluding unknown values) | $370,010.00 | $358,225.00 | | $346,062.08 | $0.00 |

**Major Activities Affecting Case Closing:**

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-71654 MB | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | MAURSTAD, ERIC J | Filed (f) or Converted (c): | 06/28/07 (c) |
| | MAURSTAD, KAREN I | §341(a) Meeting Date: | 07/26/07 |
| Period Ending: | 12/19/07 | Claims Bar Date: | 10/30/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 19, 2007     Current Projected Date Of Final Report (TFR):   December 19, 2007  (Actual)

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 06-71654 MB | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | MAURSTAD, ERIC J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAURSTAD, KAREN I | | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | 13-7574085 | | Blanket Bond: | $152,000.00 (per case limit) |
| Period Ending: | 12/19/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/31/07 | | Ticor Title Insurance | | | 28,994.00 | | 28,994.00 |
| | {1} | | 346,000.00 | 1110-000 | | | 28,994.00 |
| | | | 1st mortgage Bank of America    -202,048.56 | 2500-000 | | | 28,994.00 |
| | | | 2nd mortgage Home State    -63,538.95 | 2500-000 | | | 28,994.00 |
| | | | County tax credit 1/1/07 to 7/30/07    -4,506.96 | 2500-000 | | | 28,994.00 |
| | | | Prudentiial First Realty    -10,380.00 | 3510-000 | | | 28,994.00 |
| | | | Ticor Title Insurance Company    -1,400.00 | 2500-000 | | | 28,994.00 |
| | | | Overnight Shipping and Handling Fee Ticor    -25.00 | 2500-000 | | | 28,994.00 |
| | | | record fees deed, releases    -72.00 | 2500-000 | | | 28,994.00 |
| | | | city/county stamps    -173.00 | 2500-000 | | | 28,994.00 |
| | | | state stamps    -346.00 | 2500-000 | | | 28,994.00 |
| | | | additional deed recording fee    -25.00 | 2500-000 | | | 28,994.00 |
| | | | Il State Agent Reg. Fee    -3.00 | 2500-000 | | | 28,994.00 |
| | | | Advanced Engineering - Survey    -400.00 | 2500-000 | | | 28,994.00 |
| | | | 2nd installment 2006 r.e. taxes    -3,712.51 | 2500-000 | | | 28,994.00 |
| | | | Cowling, Curran & Coppedge    -375.00 | 3210-600 | | | 28,994.00 |

Subtotals :   $28,994.00   $0.00

{} Asset reference(s)   Printed: 12/19/2007 02:05 PM   V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-71654 MB | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MAURSTAD, ERIC J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAURSTAD, KAREN I | | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | 13-7574085 | | Blanket Bond: | $152,000.00 (per case limit) |
| Period Ending: | 12/19/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****10-65 | 29,056.08 | -29,500.02 | 29,056.08 |
| | $29,056.08 | $0.00 | $29,056.08 |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-71654 MB | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MAURSTAD, ERIC J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAURSTAD, KAREN I | | Account: | ***-*****10-65 - Money Market Account |
| Taxpayer ID #: | 13-7574085 | | Blanket Bond: | $152,000.00  (per case limit) |
| Period Ending: | 12/19/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | possession escrow to    -500.00<br>John Cowlin escrowee | 2500-000 | | | 28,994.00 |
| | | | Debtors' Homestead    -29,500.02<br>Exemptions | 8100-002 | | | 28,994.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.48 | | 29,009.48 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.45 | | 29,023.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.04 | | 29,040.97 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.11 | | 29,056.08 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 29,056.08 | 0.00    $29,056.08 |
| Less: Bank Transfers | 0.00 | 0.00 |
| Subtotal | 29,056.08 | 0.00 |
| Less: Payments to Debtors | | 29,500.02 |
| NET Receipts / Disbursements | $29,056.08 | $-29,500.02 |

{} Asset reference(s)                                   Printed: 12/19/2007 02:05 PM    V.9.55

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MAURSTAD, ERIC J
MAURSTAD, KAREN I

CASE NO. 06-71654 MB

Judge Manuel Barbosa

Debtor(s)

## DISTRIBUTION REPORT

I, <u>JAMES E. STEVENS</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 21,404.60 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 3,350.47 |
| General Unsecured Claims: | $ 4,301.01 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 29,056.08 |

EXHIBIT D

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $21,404.60 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | JAMES E. STEVENS | 19,078.10 | 19,078.10 |
| | Barrick, Switzer, Long, Balsley & Van EVera | 2,326.50 | 2,326.50 |
| | TOTAL | $ | 21,404.60 |

| | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 1. | §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $3,350.47 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 5 | Department of the Treasury-Internal Revenue Service | 1,033.65 | 1,033.65 |
| 6 | Illinois Department of Revenue | 2,316.82 | 2,316.82 |
| | TOTAL | $ | 3,350.47 |

    b. $4,301.01 for general unsecured creditors who have filed claims allowed in the total amount of $40,879.12, yielding a dividend of 10.52%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $40,879.12 | 10.52% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Fifth Third Bank | 2,853.70 | 300.26 |
| 3 | Capital One Bank | 820.97 | 86.38 |
| 5A | Internal Revenue Services | 22.00 | 2.31 |
| 6A | Illinois Department of Revenue | 230.10 | 24.21 |
| 7 | AmeriCredit | 5,892.02 | 619.92 |
| 8 | eCAST Settlement Corporation | 3,287.00 | 345.83 |
| 9 | LVNV Funding LLC its successors and assigns as | 1,099.34 | 115.66 |
| 10 | LVNV Funding LLC its successors and assigns as | 6,384.14 | 671.69 |
| 11 | LVNV Funding LLC its successors and assigns as | 12,259.18 | 1,289.82 |
| 12 | Bank of America/FIA Card | 7,584.35 | 797.97 |

|  |  | Services formerly MBNA |  |  |
|---|---|---|---|---|
|  | 13 | Verizon Wireless Midwest | 446.32 | 46.96 |
|  |  | TOTAL $ | | 4,301.01 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Home State Bank, N.A.<br>40 Grant Street<br>Crystal Lake, IL 60014 | $ 56,018.41 | Disallowed |
| Unsecured | 4 | Bank of America, N.A.<br>475 Crosspoint Parkway<br>P.O. Box 9000<br>Getzville, NY 14068 | $ 194,343.09 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: December 19, 2007

_____
JAMES E. STEVENS, Trustee
BARRICK, SWITZER, LONG
  BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108