Case Name:   ERIC J. MAURSTAD
             KAREN I. MAURSTAD
Case No:     06-71654

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: January 4, 2008                 WILLIAM T. NEARY
                                        United States Trustee, Region 11


                               BY:   _/s /_____
                                      Carole J. Ryczek
                                      Attorney for the U.S. Trustee