IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MAURSTAD, ERIC J
MAURSTAD, KAREN I

CASE NO. 06-71654 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-5648

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: February 6, 2008
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 19,078.10 | |
| Barrick, Switzer, Long, Balsley & Van EVera Trustee's Firm Legal | $ 0.00 | $ 2,326.50 | |

EXHIBIT A

4.  The Trustee's Final Report shows total:

    a. Receipts                               $      346,062.08

    b. Disbursements                          $      317,006.00

    C. Net Cash Available for Distribution    $       29,056.08

5.  In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $3,350.47. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $4,301.01, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $40,879.12, resulting in an approximate distribution of 10.52% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 12/20/07

James E. Stevens

EXHIBIT A

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

 .654   Doc 80   Filed 01/07/08   Entered 01/10/08 00:40:32   Desc Imaged
           Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: cshabez                Page 1 of 2               Date Rcvd: Jan 07, 2008
Case: 06-71654                  Form ID: pdf002              Total Served: 41

The following entities were served by first class mail on Jan 09, 2008.
db          +Eric J Maurstad,    1560 Driftwood Court,    Crystal Lake, IL 60014-1988
jdb         +Karen I Maurstad,    1560 Driftwood Court,    Crystal Lake, IL 60014-1988
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
              Rockford, IL 61108-2579
10967836   ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,     POB 183853,    Arlington,TX 76096)
10905915    AT&T Universal Card,    Post Office Box 8029,    S. Hackensack, NJ 07606-8029
10905914    AT&T Universal Card,    c/o United Recovery Systems,     Post Office Box 722929,
              Houston, TX 77272-2929
10905912    Amoco-BP Oil,    Post Office Box 9014,    Des Moines, IA 50368-9014
10905913    Amoco-BP Oil/Citibank,    c/o CBE Group,    Post Office Box 2547,    Waterloo, IA 50704-2547
10905916   +Bank of America Mortgage,     101 East Main Street, #400,    Post Office Box 35140,
              Louisville, KY 40232-5140
10905917   +Bank of America Mortgage,     c/o Codilis & Associates,    15W030 North Frontage Rd., #100,
              Burr Ridge, Illinois 60527-6921
10940481   +Bank of America, N.A.,     475 Crosspoint Parkway,    P.O. Box 9000,    Getzville, NY 14068-9000
11060236    Bank of America/FIA Card Services formerly MBNA,     by eCAST Settlement Corporation,
              as its agent,    POB 35480,    Newark NJ 07193-5480
10905918   +Beneficial,    Post Office Box 17574,    Baltimore, MD 21297-1574
10905919    Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
10934532   +Capital One Bank,    C/O Tsys Debt Management,    Po Box 5155,    Norcross Ga 30091-5155
10905920    Citibank,    c/o United Recovery Systems,    Post Office Box 722929,    Houston, TX 77272-2929
10905921    Citicard,    Post Office Box 6077,    Sioux Falls, SD 57117-6077
10905922   +Culligan International #502,     c/o Keynote Consulting, Inc.,     220 W. Campus Drive, #102,
              Arlington Heights, IL 60004-1498
10905923   +Donald B. Chinlund, DDS,    77 E. Crystal Lake Avenue,    Crystal Lake, Illinois 60014-6171
10905924  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     Cust. Ser. Dept./Mail Drop 1090G1,
              38 Fountain Square Plaza,     Cincinnati, OH 45263)
10927230   +Fifth Third Bank,    1850 E Paris Ave SE,    MD#ROPS05/Bankruptcy,    Grand Rapids MI 49546-6253
10905926    Fox Valley Internal Medicine,     c/o Certified Services,    Post Office Box 177,
              Waukegan, IL 60079-0177
10905925    Fox Valley Internal Medicine,     650 Dakota Street, #A,    Crystal Lake, Illinois 60012-3744
10905928    Good Shepherd Hospital,    c/o ICS,    Post Office Box 646,    Oak Lawn, IL 60454-0646
10905927   +Good Shepherd Hospital,    450 W. Highway 22,    Barrington, Illinois 60010-1999
10905929   +Home State Bank,    40 Grant Street,    Crystal Lake, Illinois 60014-4367
10905930   +Home State Bank,    c/o Zukowski, Rogers, et al,    50 North Virginia Street,
              Crystal Lake, IL 60014-4126
10908614   +Home State Bank, N.A.,    40 Grant Street,    Crystal Lake, IL 60014-4367
10981166    Household Finance Corporation/Beneficial,     by eCAST Settlement Corporation,    as its agent,
              POB 35480,    Newark NJ 07193-5480
10905932  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,     P O Box 21126,    Philadelphia, PA 19114)
10945861   +Illinois Department of Revenue,     Bankruptcy Administration Unit,
              100 W. Randolph St., Level 7-400,    Chicago, IL 60601-3218
10905931    Illinois Dept. of Revenue,    Bankruptcy Section,    Post Office Box 64338,
              Chicago, IL 60664-0338
10905933    MBNA,    Post Office Box 15026,    Wilmington, DE 19850-5026
10905934   +Turf Care Enterprises, Inc.,     c/o Frank M. Bonifacic,    111 W. Washington Street, #1850,
              Chicago, Illinois 60602-3431
10905935   +Verizon Wireless,    c/o Allied Interstate,    3000 Corporate Exchange drive,
              Columbus, OH 43231-7689
10905936   +Verizon Wireless Bankruptcy Dept.,     Post Office Box 3397,    Bloomington, IL 61702-3397
10905937   +Woodscreek Homeowners Assoc.,     c/o Secretary of State,    69 W. Washington Street, 12th Floor,
              Chicago, Illinois 60602-3134
11354658    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Jan 08, 2008.
11034783     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11080324    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 08 2008 04:10:11
              Verizon Wireless Midwest,    AFNI/Verizon Dr,    404 Brock Dr,    Bloomington, IL 61701-2654
                                                                                              TOTAL: 2
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
              Rockford, Il 61108-2579
                                                                                   TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Jan 07, 2008
Case: 06-71654                Form ID: pdf002            Total Served: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 09, 2008**                    **Signature:**    *Joseph Speetjens*