UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| ERIC J. AND KAREN MAURSTAD, | ) | Case No. 06 B 71654 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

## CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: June 19th 2008

WILLIAM T. NEARY,
United States Trustee

By: Christine K. Miller
Christine K. Miller
Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 01, 2008 through May 30, 2008
Account Number: **000312096991066**

## CUSTOMER SERVICE INFORMATION

Service Center:    **1-800-634-5273**

00016742 DBI 802 24 15408 - NNNNN 1 000000000 60 0000
06-71654 MAURSTAD ERIC J
MAURSTAD KAREN I DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$624.10** |
| Checks Paid | 9 | - 624.10 |
| **Ending Balance** | 9 | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 116 | 05/12 | $50.91 |
| 117 | 05/16 | 14.64 |
| 118 | 05/12 | 58.63 |
| 119 | 05/15 | 19.61 |
| 120 | 05/15 | 113.88 |
| 121 | 05/15 | 218.68 |
| 122 | 05/12 | 135.29 |
| 123 | 05/29 | 7.96 |
| 124 | 05/20 | 4.50 |
| **Total Checks Paid** |  | **$624.10** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/12 | $379.27 |
| 05/15 | 27.10 |
| 05/16 | 12.46 |
| 05/20 | 7.96 |
| 05/29 | 0.00 |

Page 1 of 6

**JPMorganChase**

February 05, 2008 through February 29, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654

**IMAGES**



008870386645 FEB 15 #0000000101 $2,326.50





008870386645 FEB 15 #0000000101 $2,326.50



108870386646 FEB 15 #0000000102 $19,078.10



108870386646 FEB 15 #0000000102 $19,078.10

**JPMorganChase**

February 05, 2008 through February 29, 2008
Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



009070267584 FEB 22 #0000000103 $1,033.65



009070267584 FEB 22 #0000000103 $1,033.65



005010297433 FEB 27 #0000000104 $2,316.82



005010297433 FEB 27 #0000000104 $2,316.82



**JPMorganChase**

February 05, 2008 through February 29, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



109070798229 FEB 21 #0000000105 $302.27



109070798229 FEB 21 #0000000105 $302.27



009070267585 FEB 22 #0000000107 $2.33



009070267585 FEB 22 #0000000107 $2.33



**JPMorganChase**

March 01, 2008 through March 31, 2008
Account Number: **000312096991066**

**IMAGES**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



006610681434 MAR 06 #0000000106 $86.96



006610681434 MAR 06 #0000000106 $86.96



**JPMorganChase**

February 05, 2008 through February 29, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



008670147647 FEB 29 #0000000108 $24.37



008670147647 FEB 29 #0000000108 $24.37



008670876351 FEB 27 #0000000109 $624.10



008670876351 FEB 27 #0000000109 $624.10



**JPMorganChase**

February 05, 2008 through February 29, 2008
Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



009070171357 FEB 20 #0000000110 $348.17



009070171357 FEB 20 #0000000110 $348.17



006710379884 FEB 21 #0000000111 $116.45





006710379884 FEB 21 #0000000111 $116.45

**JPMorganChase**

February 05, 2008 through February 29, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



006710379885 FEB 21 #0000000112 $676.23



006710379885 FEB 21 #0000000112 $676.23



006710379880 FEB 21 #0000000113 $1,298.53



006710379880 FEB 21 #0000000113 $1,298.53



**JPMorganChase**

February 05, 2008 through February 29, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654




008570879716 FEB 19 #0000000114 $803.35

008570879716 FEB 19 #0000000114 $803.35

JPMorganChase

April 01, 2008 through April 30, 2008
Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654

**IMAGES**




002510456540 APR 03 #0000000115 $47.28

002510456540 APR 03 #0000000115 $47.28

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: **000312096991066**

**IMAGES**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654




006810311975 MAY 12 #0000000116 $50.91



006810311975 MAY 12 #0000000116 $50.91



004880806003 MAY 16 #0000000117 $14.64



004880806003 MAY 16 #0000000117 $14.64

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654





008570468051 MAY 12 #0000000118 $58.63



008570468051 MAY 12 #0000000118 $58.63



004910165911 MAY 15 #0000000119 $19.61



004910165911 MAY 15 #0000000119 $19.61

Case 06-71654  Doc 88  Filed 07/01/08  Entered 07/01/08 09:04:47  Desc Main
Document   Page 14 of 16

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654



004910165910 MAY 15 #0000000120 $113.88



004910165910 MAY 15 #0000000120 $113.88



004910165909 MAY 15 #0000000121 $218.68

004910165909 MAY 15 #0000000121 $218.68

**JPMorganChase**

May 01, 2008 through May 30, 2008
Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654




008570468052 MAY 12 #0000000122 $135.29



008570468052 MAY 12 #0000000122 $135.29



005010084387 MAY 29 #0000000123 $7.96



005010084387 MAY 29 #0000000123 $7.96

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: **000312096991066**

ACCOUNT # 000312096991066
MAURSTAD ERIC J
06-71654





004980278019 MAY 20 #0000000124 $4.50

004980278019 MAY 20 #0000000124 $4.50